IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN F. STOBAUGH | § | |
| v. | § | CIVIL ACTION NO. 5:08cv18 |
| CAPTAIN ROSIEK, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff John Stobaugh, proceeding *pro se*, filed this civil action complaining of alleged violations of his rights while he was confined in the Federal Correctional Institution in Texarkana, Texas.  This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On March 24, 2008, the Magistrate Judge ordered Stobaugh to pay an initial partial filing fee of $44.47.  He received a copy of this order on March 31, 2008, but did not comply nor respond in any way.

On May 13, 2008, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed without prejudice for failure to prosecute or to obey an order of the Court. Stobaugh received a copy of this Report on May 19, 2008, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) *(en banc)*.

1

The Court has carefully reviewed the pleadings and documents in this case, as well as the Report of the Magistrate Judge.  Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct.  It is accordingly

ORDERED that the Report of the Magistrate Judge is hereby ADOPTED as the opinion of the District Court.  It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED without prejudice for failure to prosecute or to obey an order of the Court.  Finally, it is

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

SIGNED this  7th  day of July, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

2